United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 21, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-11179
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MONTOYA JORDAN,

Defendant-Appellant.

--------------------
Appeals from the United States District Court
for the Northern District of Texas
USDC No. 4:00-CR-117-6
--------------------

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

Montoya Jordan, federal prisoner # 25762-177, appeals the

district court's denial of his motion to correct sentence

pursuant to FED. R. CRIM. P. 35 and his motion for release pending

the resolution of his FED. R. CRIM. P. 35 motion. He contends

that the district court erred in denying his motions because the

length of his incarceration and the amount of the restitution

were based upon losses to victims which were not proven at trial.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

He further argues that his convictions were based upon insufficient evidence.

None of the conditions for granting relief under Rule 35 are present. See United States v. Early, 27 F.3d 140, 141-142 (5th Cir. 1994). Because the district court was without authorization to grant relief, the court's denial was not a gross abuse of discretion. See United States v. Sinclair, 1 F.3d 329 (5th Cir. 1993). The district court's denial of Jordan's motion to correct sentence pursuant to FED. R. CRIM. P. 35 and motion for release pending the determination of his FED. R. CRIM. P. 35 motion are affirmed.

AFFIRMED.